ACCEPTED
05-15-00001-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/23/2015 1:32:09 PM
LISA MATZ
CLERK

**No. 05-15-00001-CV**

_____

**COURT OF APPEALS
for the
FIFTH DISTRICT OF TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/23/2015 1:32:09 PM
LISA MATZ
Clerk

_____

**The Goodyear Tire & Rubber Company,**

*Appellant*,

**v.**

**Vicki Lynn Rogers, Individually and as Representative of the
Estate of Carl Rogers, Natalie Rogers and Courtney Dugat,**

*Appellee*.

_____

**Appeal from the County Court at Law No. 5
of Dallas County, Texas**
*Honorable Mark Greenberg, Presiding Judge*

_____

**NOTICE OF APPEARANCE OF ADDITIONAL
ATTORNEYS FOR APPELLEES**

_____

**To the Honorable Court:**

Pursuant to TEX. R. APP. P. 6.2, please take notice that the following attorney will also be representing Appellees Vicki Lynn Rogers, individually and as Representative of the Estate of Carl Rogers, Natalie Rogers, and Courtney Dugat in this appeal, in addition to the undersigned:

The appearance of the following attorney should be noted on the Court's docket:

1

**Jeffrey S. Levinger**
State Bar No. 12258300
**Levinger PC**
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: 214-855-6817
Facsimile: 214-855-6808
Email: jlevinger@levingerpc.com

Respectfully submitted,

*/s/ Christopher J. Panatier*

**Christopher J. Panatier**
State Bar No. 24032812
cpanatier@sgpblaw.com
**Darren P. McDowell**
State Bar No. 24025520
dmcdowell@sgpblaw.com
**Simon, Greenstone, Panatier and Bartlett, PC**
3232 McKinney Avenue, Suite 610
Dallas, TX 75204
Telephone: 214-276-7680
Telecopier: 214-276-7699

*Attorneys for Appellees*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Notice of Appearance of Additional Attorneys for Appellee was served by electronic transmission on the following counsel for Appellant on this 23rd day of December, 2015.

David A. Oliver
Tiffany Bingham Briscoe
Paul B. Kerlin
Vorys Sater Seymour and
   Pease, LLP
700 Louisiana, Suite 4100
Houston, TX 77002

David M. Gunn
Erin H. Huber
Beck Redden, LLP
1221 McKinney, Suite 4500
Houston, TX 77010-2010

*/s/ Christopher J. Panatier*

**Christopher J. Panatier**